### 9486. DAVIS *v.* THE STATE.

BROYLES, P. J. **1.** When considered in connection with its context, the excerpt from the charge of the court, to which exception was taken, was not erroneous for the reason assigned.

2. The evidence authorized a finding that the storehouse in question had been broken into and entered.

3. The verdict was supported by the evidence, and the court did not err in refusing a new trial.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED APRIL 2, 1918.

Indictment for burglary; from Houston superior court—Judge Mathews. December 15, 1917.

*R. N. Holtzclaw,* for plaintiff in error.
*John P. Ross,* solicitor-general, contra.